▇ WELBILT CORPORATION, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 5203.)— Motion for order transferring appeal to Appellate Division, Second Department, denied, without costs (Court of Claims Act, § 24). Staley, Jr., J. P., Greenblott, Sweeney, Kane and Main, JJ., concur.

▇

### (September 12, 1973.)

▇ In the Matter of STATE DIVISION OF HUMAN RIGHTS, Petitioner, v. MARGUERITE CAMPIONE, Respondent.— Application, pursuant to section 298 of the Executive Law, for order of enforcement denied, and petition dismissed, without prejudice, on the ground that no necessity for such an order has been demonstrated (Matter of State Division of Human Rights v. Employers-Commercial Union Ins. Group, 33 A D 2d 273, mot. for lv. to app. den. 26 N Y 2d 611). Staley, Jr., J. P., Greenblott, Sweeney, Kane and Main, JJ., concur.

▇ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JUAN R. FONSECA, Petitioner, v. J. LELAND CASSCLES, as Superintendent of Great Meadow Correctional Facility, Respondent.— Application for writ of habeas corpus pursuant to CPLR 7002 (subd. [b], par. 2) denied for failure of compliance with CPLR 7002 (subd. [c]). In the interests of justice, petition transferred to Supreme Court, Special Term, County of Washington, for consideration as a petition pursuant to CPLR, article 78. Staley, Jr., J. P., Greenblott, Sweeney, Kane and Main, JJ., concur.

▇ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICK BURCH, RICK FRASER, CURTIS GRANT and CRAIG THIBADEAUX, Petitioners, v. HAROLD F. KNAPP, as Sheriff of Otsego County, New York, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied on the ground that the unsupported factual allegations in the petition are insufficient to warrant a hearing thereon. The court also notes that the same contentions were made in a prior application for habeas corpus relief which was denied by the County Court (see CPLR 7003, subd. [b]). Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Reynolds, JJ., concur.